UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENA A. FENG,<br><br>      Plaintiff,<br><br>v.<br><br>COUNTY OF SAN FRANCISCO, et al.,<br><br>      Defendants. | Case No. 19-cv-07228-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

     Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Beeler for consideration of whether the case is related to *Feng v. County of Santa Clara*, Case No. 19-cv-6877-LB.

     **IT IS SO ORDERED.**

Dated: November 13, 2019

_____
KANDIS A. WESTMORE
United States Magistrate Judge