all four children from NRFEM (Martin's house) and forced the four

children, LF, KF, EF, & RF, out of reunification with plaintiff, and into

seclusion at a Tracy, California endangering the children in a stranger foster

home over 65 miles away from Martin's house, shortly before the

reunification due date. *(Any person who makes a report of child abuse or*

*neglect known to be false or with reckless disregard of the truth or falsify of*

*the report is liable for any damages caused, without immunity,* Penal Code §

11172(a); &... *to base on insufficient evidence to remove children,* Evidence

§388*)*.

## FEDERAL DEFENDANT ROSEN IS NOT ENTITLED TO ABSOLUTE JUDICIAL IMMUNITY

125.      In *Mirales v. Waco* 502 U.S. 9 (1991), the U.S. Supreme Court

stated "...our cases make clear that the immunity is overcome in only two

sets of circumstances. First, a judge is not immune from liability for

nonjudicial actions, i.e., actions not taken in the judge's judicial capacity.

Forrester v. White, 484 U.S., at 227-229; Stump v. Sparkman, 435 U.S., at

360 [502 U.S. 9, 12] Second, a judge is not immune for actions ..taken

complete absence of all jurisdiction. Id., at 356-357; Bradley v. Fisher, 13

Wall at 351."

126.     Rosen rejected every motion Plaintiff's attorney Vincent Davis

submitted, refused the children's testimony, agreed with everything and

anything Hawkinson said, and denied Plaintiff to say anything in court on

[her](Plaintiff's) side of the story (…*Anyone (doctors, and all) who*

*intentionally and or negligently cause injury to someone, then they are liable*

*for compensatory damages and…punitive damages,* California Civil Code

§1714; & *… to base on insufficient evidence to remove children,* Evidence

§388; & *…shall any State deprive any person of life, liberty, or property,*

*without due process of law,* The Fourteenth Amendment of The U.S.

Constitution).

## CONCLUSION

127.     To not burden the Court by submitting 100 pages of attachments,

Plaintiff will supply all that and more in Discovery. Plaintiff has been

deprived of a normal family life with the plaintiff's children since November

27, 2018 due to one psychiatrist and supporting DFCS-CPS worker's

malpractice. Plaintiff has been deprived of any proper and appropriate

representation in Court processes and had been ongoingly extorted and

threatened by DFCS-CPS workers and networks. Plaintiff and her four

children have been suffering from CPS abuse; plaintiff's family's life torn

apart, destroyed, and plaintiff prays this Court will put an end to this nightmare.

## COUNT ONE

### VIOLATION OF 42 U.S.C. §1983

(Federal Defendants: County of Santa Clara, County of San Francisco, Brian Hawkinson, Amy Yim, Mayra Alvarez, and Amber Rosen.)

128.    Plaintiff repeats and asserts paragraph "14" through "127" as though fully set forth herein.

129.    As a result of Defendants' acts, Plaintiff now suffers and will continue to suffer injury and monetary damages, and that Plaintiff is entitled to damages sustained to date and continuing in excess of the amount of TWO HUNDRED MILLION US DOLLARS ($200,000,000) as well as punitive damages, costs, and attorney's fees.

## COUNT TWO

### VIOLATION OF FOURTEENTH AMENDMENT

(Federal Defendants: County of Santa Clara, County of San Francisco, Anna Patrowsky, Brian Hawkinson, Arthur Gee-Yee Tan, Amy Yim, Mayra Alvarez, and Amber Rosen)

130.    Plaintiff repeats and asserts paragraph "14" through "127" as though fully set forth herein.

37

131. As a result of the Defendants' acts Plaintiff now suffers and will continue to suffer injury and monetary damages, and that Plaintiff is entitled to damages sustained to date and continuing in excess of the amount of TWO HUNDRED FIFTY MILLION US DOLLARS ($250,000,000) as well as punitive damages, costs, and attorney fees.

COUNT THREE

VIOLATION OF 18 U.S.C. 1961, et seq.

(Federal Defendants: County of Santa Clara, County of San Francisco, Anna Patrowsky, Brian Hawkinson, Arthur Gee-Yee Tan, Amy Yim, Mayra Alvarez, and Amber Rosen)

132. Plaintiff repeats and asserts paragraph "14" through "127" as though fully set forth herein.

133. As a result of the Defendants' acts Plaintiff now suffers and will continue to suffer injury and monetary damages, and that Plaintiff is entitled to damages sustained to date and continuing in excess of the amount of TWO HUNDRED FIFTY MILLION US DOLLARS ($250,000,000) as well as punitive damages, costs, and attorney fees.

WHEREFORE, a judgement is respectfully demanded:

a.  Awarding against the individually named Federal defendant such compensatory damages as the jury may impose, but not less than SIX HUNDRED AND FIFTY MILLION DOLLARS ($650,000,000);

b.  Awarding against the individually named Federal defendant such punitive damages as the jury may determine, but not less than such punitive damages as the jury may impose, but not less than SIX HUNDRED AND FIFTY MILLION DOLLARS ($650,000,000);

c.  Awarding reasonable attorney fees and costs;

d.  Returning Plaintiff's four children, LF, KF, EF, & RF, as soon as possible; and

e.  Granting such other and further relief as the Court deems just and proper.

JURY TRIAL IS DEMANDED

Plaintiff demands a trial by jury on all claims so triable.

Dated this 5th of January, 2020, in San Francisco, California.

For Plaintiff:

Karena Apple Feng

Exhibit "A"



**SAN JOSE POLICE DEPT**
**LAW ENFORCEMENT/CRIMINAL JUSTICE AGENCIES HARDCOPY**
**DO NOT DUPLICATE***OFFICIAL USE ONLY***

GO# SJ 2018-183300822                                    **INFO-1 INFORMATION ONLY**

Cellular:  (415) 336-9515

**Particulars**

Occupation: CLERK
Employer: TECO
Driver's license: A5113190   California
Ethnicity: OTHER ASIAN
Language(s) spoken: English
Height: 5'03 Weight: 120 lbs.
Eye color: BROWN  Lens type: Glasses
Hair color: BLACK

## 4.  Other # 6 – SHIANG, MARTIN

### (Case Specific Information)

Sex: MALE
Race: OTHER ASIAN
Date of birth: Aug-26-1953
Address: 2086 18TH AV
         Municipality: SAN FRANCISCO , California  94116
**Phone Numbers**
         Home:  (415) 566-6677
         Cellular:  (415) 566-6677

**Particulars**

Occupation: RETIRED
Employer: BIOTECH
Driver's license: B3630600   California
Ethnicity: OTHER ASIAN
Language(s) spoken: English
Height: 5'06 Weight: 172 lbs.
Eye color: BROWN  Lens type: Glasses
Hair color: BLACK

## 5.  JUV-Other # 2 – FENG, LILLIAN

### (Case Specific Information)

Sex: FEMALE
Race: OTHER ASIAN
Date of birth: Mar-02-2005
Address: 380 VISTA ROMA WY   Apartment: 211
         Municipality: SAN JOSE , California  95136
         District: DX  Beat:   Grid: 262
**Particulars**

Ethnicity: OTHER ASIAN
Language(s) spoken: English



**SAN JOSE POLICE DEPT**
**LAW ENFORCEMENT/CRIMINAL JUSTICE AGENCIES HARDCOPY**
DO NOT DUPLICATE***OFFICIAL USE ONLY***
GO# SJ 2018-183300822                                      INFO-1 INFORMATION ONLY

Eye color: BROWN
Hair color: BLACK

### 6. JUV-Other # 3 - FENG, KATIE

**(Case Specific Information)**

Sex: FEMALE
Race: OTHER ASIAN
Date of birth: Nov-16-2006
Address: 380 VISTA ROMA WY    Apartment: 211
      Municipality: SAN JOSE , California   95136
      District: DX   Beat:   Grid: 262

<u>Particulars</u>

Ethnicity: OTHER ASIAN
Language(s) spoken: English
Eye color: BROWN
Hair color: BLACK

### 7. JUV-Other # 4 - FENG, MAX

**(Case Specific Information)**

Sex: MALE
Race: OTHER ASIAN
Date of birth: Jan-01-2013
Address: 380 VISTA ROMA WY    Apartment: 211
      Municipality: SAN JOSE , California   95136
      District: DX   Beat:   Grid: 262

<u>Particulars</u>

Ethnicity: OTHER ASIAN
Language(s) spoken: English
Eye color: BROWN
Hair color: BLACK

## <u>Related Vehicle(s)</u>

### 1. Other # 1 - 7EME711, CA

**(Case Specific Information)**

License number: 7EME711
State of issue: California
Vehicle type: AUTOMOBILE
Make and model: Subaru  Outback
Style: 4DR AUTOMOBILE
Year: 2013

Exhibit "B"

# Randolph D. Badler, Ph.D.

CLINICAL PSYCHOLOGIST (Psy. #14038)

1902 WEBSTER STREET, SUITE 1
SAN FRANCISCO, CA 94115
TELEPHONE: (415) 567-2292

January 20, 2019

Re:
Karena Apple Feng
BD: 12/23/1975

To Whom It May Concern:

I met with Ms. Feng  on January 17, 2019.  I conducted a Mental Status Exam. I also
spoke with three references whom have known this person for a substantial amount
of time. My conclusion corresponds to the Discharge papers after her temporary
psychiatric hold on November 28, 2018, that there is no evidence of any acute or
significant psychological disorder or symptoms that would interfere with Ms. Feng's
ability to take care of her children. Nor it seems that any such problem has ever
been documented. If I may say, it may be that a grave injustice, her children having
been taken from her temporarily, may have been perpetrated because of one
person's anonymous report that might have been sent in due to other motivations.

Please contact me if you have any further questions.

Sincerely,

rbadlerphd@icloud.com

Exhibit "C"

## PSYCHIATRIST DISCHARGE SUMMARY - V 2

| Resident: Feng, Karena (1157-002569) | Effective Date: 11/28/2018 15:52 |
|---|---|

**C.** GENERAL MEDICAL FINDINGS

   1. Medical findings

      none acute

   2. Allergies

No Known Allergies

**D.** PSYCHOLOGICAL TESTING

   1.  ☐  NONE

   2. Describe, if any

      none

**E.** LABS

   1. Labs

      no new labs

   2. PPD

      none

**F.** DISCHARGE DIAGNOSIS BY PHYSICIAN

   1. Diagnosis

      unspecified ~~mental disorder~~ *SMun* *Psychosis Disorder*

**G.** DISCHARGE MEDICATIONS

   1. Discharge medications

      none

   2. Long acting medication and next due date

      none

**H.** DISPOSITION

   1. Disposition

      will be discharged home . patients gaurdian will take the patient home .Address 383 Vista Roma Way Apt # 212 San Jose gaurdian David Chee tel # 408 66068883

   2. Out-patient care (psych, med, other)

      will be arranged by the family.

| Signed By | Signed Date |
|---|---|
| Syed Munir, MD [e-SIGNED] | 11/28/2018 |

*[handwritten note on sticky note: 1 of 3 / SEE ← (crossed-out tampered evidence)]*

Page 2 of 2

## PSYCHIATRIST DISCHARGE SUMMARY - V 2

| Resident: Feng, Karena (1157-002569) | Effective Date: 11/28/2018 15:52 |
|---|---|

**C.   GENERAL MEDICAL FINDINGS**

1. Medical findings
    none acute

2. Allergies

No Known Allergies

**D.   PSYCHOLOGICAL TESTING**

1. ☐   NONE

2. Describe, if any
    none

**E.   LABS**

1. Labs
    no new labs

2. PPD
    none

**F.   DISCHARGE DIAGNOSIS BY PHYSICIAN**

1. Diagnosis
    unspecified mental disorder

**G.   DISCHARGE MEDICATIONS**

1. Discharge medications
    none

2. Long acting medication and next due date
    none

*2 of 3*

*SEE*

*← Hawkinson's First Petition's tampering.*

**H.   DISPOSITION**

1. Disposition
    will be discharged home . patients gaurdian will take the patient home .Address 383 Vista Roma Way Apt # 212 San Jose gaurdian David Chee tel # 408 66068883

2. Out-patient care (psych, med, other)
    will be arranged by the family.

| Signed By | Signed Date |
|---|---|
| Syed Munir, MD [e-SIGNED] | 11/28/2018 |

| PSYCHIATRIST DISCHARGE SUMMARY - V 2 | |
|---|---|
| Resident: Feng, Karena (1157-002569) | Effective Date: 11/28/2018 15:52 |

**C.   GENERAL MEDICAL FINDINGS**

　　1. Medical findings

　　　　none acute

　　2. Allergies

> No Known Allergies

**D.   PSYCHOLOGICAL TESTING**

　　1.　☐　NONE

　　2. Describe, if any

**E.   LABS**

　　1. Labs

　　　　no new labs

　　2. PPD

**F.   DISCHARGE DIAGNOSIS BY PHYSICIAN**

　　1. Diagnosis

**G.   DISCHARGE MEDICATIONS**

　　1. Discharge medications

　　2. Long acting medication and next due date

**H.   DISPOSITION**

　　1. Disposition

　　　　will be discharged home . patients gaurdian will take the patient home .Address 383 Vista Roma Way Apt # 212 San Jose gaurdian David Chee tel # 408 66068883

　　2. Out-patient care (psych, med, other)

　　　　will be arranged by the family.

Signed By

Syed Munir, MD [e-SIGNED]

Signed Date

11/28/2018

*(handwritten on sticky note)* 3 of 3 SEE ← Plaintiff's original copy. ("Blank" for diagnosis.)

Exhibit "D"

Court of Appeals for the State of California - First Appellate District

| Court Address: | Case / Docket No. JD19-3090, JD19-3091, |
|---|---|
| 400 McAllister Street, Room 402 | JD19-3092, JD19-3093 |
| San Francisco, California 94116 | Division: Juvenile Division |
| | Courtroom: 406 |
| **San Francisco Human Services Agency, DHS, Amy Yim and Santa Clara County Social Services Agency/ DFCS, Brian Hawkinson Plaintiffs / Petitioners** | Judge: Rochelle East |
| v. | [ABOVE FOR COURT USE ONLY] |
| Karena Apple Feng, LF, KF, MF, and RF Defendants / Respondents | |

# Affidavit of Martin Shiang

State of California
SS
County of San Francisco

I, Martin Shiang, hereby make the following sworn statement upon my belief and personal knowledge that the following matters, facts, and things set forth are true and correct to the best of my knowledge:

1.   My name is Martin Shiang, and I currently reside at 2086 18th Avenue, San Francisco, California 94116 in CA County.

2.   I am over the age of 18.

3.   Sarah Gregg, MSW, sent by Brian Hawkinson, came to my house, and we (me, and Lee Thomas) said that Karena Feng was framed. We know Karena Feng for over ten years and do not believe in any way that Karena Feng is, have been, or ever have any mental issues as alleged by CPS. We are 100% confident that Karena Feng is COMPLETELY NORMAL. **CPS instructed that we have to say that Karena Feng has mental issues in order to be allowed in participation in the placement of her children**. That is, the CPS workers forced us to say that Karena Feng was mental in order to be allowed to take care of her children. We explained to Brian Hawkinson that we feel that someone without Karena Feng's knowledge tried to call her "psychosis", "mental issues" and have

"hallucinations"; were having malicious intentions of framing her. Brian Hawkinson despised our comments and continued illegally diagnosing Karena Feng. We saw the tainted evidence provided by Brian Hawkinson in the court petition.

4.   We affirm that <u>Karena Feng have NO mental issues</u>; and we truly believe Karena Feng has been framed, with the intention to remove her children maliciously. Brian Hawkinson keeps saying Karena Feng imagines knowing Paul Pelosi, Jr. however, Karena brought Pelosi to my home, and we've all shook hands.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Martin Shiang_                      Date: _Dec.3, 2019_
(Affiant's signature)

Exhibit "E"



Mr. Diep you need to contact me IMMEDIATELY this is you opportunity to tell me the children are well. I am telling you that you need to bring the children back to 2086 18th Ave NOW. IF YOU DO NOT YOU MSY BE SUBJECT TO ARREST. I am trying to help you and this is your chance to do the right thing. This is Officer Ramirez

Aug 23, 2019 10:27 PM       Received

REPLY    DELETE

Exhibit "F"



San Francisco Department of Public Health
Community Behavioral Health Services

# Adult/Older Adult
## Assessment (Short)
### Report

| | |
|---|---|
| Client Name: | FENG,KARENAA |
| Client ID: | 99907875O |
| Program: | Sunset Mental Health OP (38823) |
| Episode #: | 5 |
| Admission Date: | 10/8/2019 |
| Discharge Date: | None |

## Confidential Patient Information

| | | | |
|---|---|---|---|
| Assessment Date: | 10/8/2019 | Assessment By: | Tammy Yu (000003) |
| Assessment Category: | Initial | Service Program: | Sunset Mental Health OP (38823) |
| Assessment Type: | Adult/Older Adult Assessment | Assessment Status: | Final |

### 1A. PRESENTING PROBLEM

Include A) identifying info, B) criteria to justify DSM dx including current SYMPTOMS, BEHAVIOR, IMPAIRMENTS IN FUNCTIONING, duration, frequency and severity, C) impact on life / behavior leading to the client to seek services, D) client's chief goal, E) cultural explanation problem/illness in client's own words. (If EPSDT, state why child/youth will not progress developmentally as appropriate without treatment)

Client is a 43 years old Chinese female seeking a mental health assessment for her CPS case. Client reported that she needs an assessment as a "deal with Santa Clara county to transfer case to San Francisco" and that she needs a "general mental health assessment". Client has been possessed by other providers in the past and client stated. "They (DA and CPS) didn't accept anything". Client reported the CPS case started with her a property dispute with a group of people who swindled her property in San Francisco county. Client reported the fraud, and a person from the group "called CPS as a revenge". Client stated her children were removed in November 2018, and her newborn child, who is 11 months old, was removed at birth in the hospital. Client made allegations that the CPS social worker in Santa Clara county presented false information to the court, and is unable to justify the evidence presented in court. Client stated her CPS case was transferred to San Francisco in March and had a new CPS worker for the case. Client reported the CPS worker was initially responsive and helpful, and then "changed" behaviorally and unresponsive after the CPS worker returned from her few months vacation. Client expressed that she have reported to the CPS worker's supervisor regarding the matter, and then the CPS worker. Talked to the police to arrest everyone". Client then told to client by police "You are not authorized to do certain things.". Client also made statements that the CPS worker asked client that a place in San Francisco "living by myself to check adequacy" for reunification and that she cannot reside in the same county as her children, who is currently placed in foster care in Tracy, CA. Client expresses she is trying to be compliant with CPS and the judge hoping for reunification with her children.

Client was inquired regarding symptoms related to her mental health for the assessment. Client denied having any problems, and reported her mood was "linear with stable mood and feelings", have good appetite and sleeps on average of 8 hours a day, does not feel over energetic or low with denial feeling irritated, angry, sad, depressed, or overly worried about things. Client acknowledged feeling "sadden having to split from my children." Client denied current SI/HI/AH/VH and denied any substance use. Client expressed she have friends and community that she communicates with and supports her.

### 2. RISK ASSESSMENT

| | Current/Last 90 Days | Past/Anytime |
|---|---|---|
| Danger to Self | No | No |
| Danger to Others | No | No |
| Gravely Disabled | No | No |
| Command Hallucinations | No | No |

Elaboration of ALL risk factors; note frustration tolerance, hostility, paranoia, violent thinking and gambling risk behaviors. Also include factors that might lessen risk, such as client's commitment to self-control and involvement in treatment.

CAUTION: Federal and State confidentiality laws apply to protected health information contained in this report. It is the recipient's responsibility to lawfully secure and destroy it.

1   Karena A. Feng
2   1995-34th Avenue
    San Francisco, CA 94116
3   (650) 350-9088
    afengRE@gmail.com
4
                    UNITED STATES DISTRICT COURT
5
                  NORTHERN DISTRICT OF CALIFORNIA
6
                     SAN FRANCISCO DIVISION
7
8   KARENA A FENG,                    | Case No.: CV-19-06877
9         Plaintiff,
10  vs.                               | DECLARATION IN SUPPORT OF
                                      | AMENDED COMPLAINT
11
12  COUNTY OF SANTA CLARA, ET AL,
13        Defendant

14          I, KARENA A. FENG, declare under the penalty of perjury under the laws of the

15  United States of America as follows:

16          1.  My name is Karena Apple Feng, I am over the age of eighteen, am of sound
17
18              mind, and am capable of making this declaration. The facts stated herein is of
19              my personal knowledge and are true and correct.

20          2.  I declare under the penalty of perjury that the foregoing Motion is true and
21              correct on this 5th, day of January 2020.
22  Dated: January 5, 2020
23
24  San Francisco, California
25  _____   1.5.2020
26                          Karena A. Feng
27
28
    DECLARATION IN SUPPORT OF AMENDED COMPLAINT - 1