UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENA APPLE FENG,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HUMAN SERVICES, FAMILY & CHILDREN'S SERVICES,<br><br>    Defendant. | Case No. 20-cv-00648-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On January 28, 2020, Plaintiff Karena Feng filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Laurel Beeler to determine whether it is related to *Feng v. County of Santa Clara, et al.*, 19-cv-6877 LB.

**IT IS SO ORDERED.**

Dated: February 3, 2020

_____
DONNA M. RYU
United States Magistrate Judge