United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| KARENA APPLE FENG,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No. 19-cv-06877-LB<br><br>**JUDGMENT** |

On May 14, 2020, the court granted the motion to dismiss by defendants County of Santa Clara, Mayra Alvarez, and Brian Hawkinson (collectively, the "Santa Clara Defendants"). Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the Santa Clara Defendants and against plaintiff Karena Apple Feng. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 14, 2020

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 19-cv-06877-LB